# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV75

| | |
|---|---|
| **RAYMOND LESLIE CRUIT, JR.,**  )<br>)<br>**Plaintiff,**  )<br>)<br>Vs.  )<br>)<br>**THE UNITED STATES GOVERNMENT,** )<br>*et al.*,  )<br>)<br>**Defendants.**  )<br>) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's application to proceed without the prepayment of fees and his proposed complaint. The undersigned grants the application but *sua sponte* dismisses the action pursuant to 28 U.S.C. § 1915(e)(2).

Section 1915 provides, in pertinent part, that "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court *shall dismiss the case at any time* if the court determines that . . . the action [ ] is frivolous or malicious [or] fails to state a claim on which relief may be granted . . . ." **28 U.S.C. § 1915(e)(2) (emphasis added).** Under this statutory proscription, the district court must dismiss such a case and it is

2

the intent of Congress that such dismissals occur prior to service of the complaint on defendants.  *Cochran v. Morris*, 73 F.3d 1310, 1315 (4th Cir. 1996); *White v. White*, 886 F.2d 721 (4th Cir. 1989).  "Legally frivolous claims are based on an 'indisputably meritless legal theory' and include 'claims of infringement of a legal interest which clearly does not exist." *Adams v. Rice*, 40 F.3d 72, 75 (4th Cir. 1994).

> This standard encompasses complaints that are either legally *or* factually baseless.  The statutory language dictates a high degree of deference to the discretion of district courts.  A claim can be dismissed whenever a district court is "satisfied" the claim is frivolous.  Moreover, the term frivolousness itself contemplates deference because "as a practical matter, it is simply not susceptible to categorical definition." . . . "[D]iscretion granted to district judges to screen out meritless cases," is necessary to prevent the abuse of free court access by litigants who possess both time and dissatisfactions in abundance.

*Cochran*, *supra*, at 1316 (quoting *Adams*, *supra*, at 74, and *Nasim v. Warden, Maryland House of Correction*, 64 F.3d 951, 953 (4th Cir. 1995)).

The Court has reviewed the proposed complaint and finds that it is frivolous and no cause of action has been stated.  As a result, the complaint will be dismissed.

3

**IT IS, THEREFORE, ORDERED** that the Plaintiff's application to proceed without the prepayment of fees is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failure to state claims.

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge