**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV75**

| | |
|---|---|
| **RAYMOND LESLIE CRUIT, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **ORDER OF DISMISSAL** |
| ) | |
| **THE UNITED STATES GOVERNMENT,**) | |
| ***et al.,*** ) | |
| ) | |
| **Defendants.** ) | |
| ———————————————— ) | |

     **THIS MATTER** is before the Court on the Plaintiff's application to

proceed without the prepayment of fees and his proposed complaint.  The

undersigned grants the application but *sua sponte* dismisses the action

pursuant to 28 U.S.C. § 1915(e)(2).

     Section 1915 provides, in pertinent part, that "[n]otwithstanding any

filing fee, or any portion thereof, that may have been paid, the court *shall*

*dismiss the case at any time* if the court determines that . . . the action [ ] is

frivolous or malicious [or] fails to state a claim on which relief may be

granted . . . ." **28 U.S.C. § 1915(e)(2) (emphasis added).**  Under this

statutory proscription, the district court must dismiss such a case and it is

the intent of Congress that such dismissals occur prior to service of the complaint on defendants. ***Cochran v. Morris***, **73 F.3d 1310, 1315 (4th Cir. 1996);** ***White v. White***, **886 F.2d 721 (4th Cir. 1989).** "Legally frivolous claims are based on an 'indisputably meritless legal theory' and include 'claims of infringement of a legal interest which clearly does not exist." ***Adams v. Rice***, **40 F.3d 72, 75 (4th Cir. 1994).**

> This standard encompasses complaints that are either legally *or* factually baseless. The statutory language dictates a high degree of deference to the discretion of district courts. A claim can be dismissed whenever a district court is "satisfied" the claim is frivolous. Moreover, the term frivolousness itself contemplates deference because "as a practical matter, it is simply not susceptible to categorical definition." . . . "[D]iscretion granted to district judges to screen out meritless cases," is necessary to prevent the abuse of free court access by litigants who possess both time and dissatisfactions in abundance.

***Cochran***, ***supra***, **at 1316 (quoting *Adams*, *supra*, at 74, and *Nasim v. Warden, Maryland House of Correction*, 64 F.3d 951, 953 (4th Cir. 1995)).**

The Court has reviewed the proposed complaint and finds that it is frivolous and no cause of action has been stated. As a result, the complaint will be dismissed.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's application to proceed without the prepayment of fees is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failure to state claims.

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge